# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LIONEL AND EMILY SAM

VERSUS

KWA, INC., AND ATAIN
INSURANCE COMPANY

NO. 2020 CW 0306

**JUNE 19, 2020**

---

In Re:     Atain  Specialty  Insurance  Company,  applying  for
           supervisory  writs,  18th  Judicial  District  Court,
           Parish of West Baton Rouge, No. 1043794.

---

**BEFORE:     WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

   **WRIT DENIED.**

                              **VGW**
                              **JMG**
                              **WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.